IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02016-PAB-MJW

LYNDSEY PARKS, representative of a class
of persons insured with USAA,

    Plaintiffs,

v.

USAA, and
AUTO INJURY SOLUTIONS, a Delaware corporation,

    Defendants.

---

## MINUTE ORDER

---

**Entered by Philip A. Brimmer**

    This matter is before the Court on plaintiff's motion requesting leave to file a motion to remand out of time [Docket No. 35]. Defendants removed this action to this Court on August 1, 2012. *See* Docket No. 1. "A motion to remand the case on the basis of any defect *other than lack of subject matter jurisdiction* must be made within 30 days after the filing of the notice of removal under section 1446(a)." 28 U.S.C. § 1447(c) (emphasis added). In her proposed motion to remand, plaintiff challenges this Court's subject matter jurisdiction, *see* Docket No. 35-1 at 3-4, and, "[i]f at any time before final judgment it appears that the district court lacks subject matter jurisdiction, the case shall be remanded." 28 U.S.C. § 1447(c); *see Laughlin v. Kmart Corp.*, 50 F.3d 871, 873 (10th Cir. 1995) ("Subject matter jurisdiction cannot be conferred or waived by consent, estoppel, or failure to challenge jurisdiction early in the proceedings."). Consequently, it is

    **ORDERED** that plaintiff's motion requesting leave to file a motion to remand out of time [Docket No. 35] is GRANTED. Plaintiff is granted leave to file her proposed motion to remand [Docket No. 35-1].

    DATED September 21, 2012.