IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02016-PAB-MJW

LYNDSEY PARKS, representative of a class of persons insured with USAA,

    Plaintiffs,

v.

USAA and
AUTO INJURY SOLUTIONS (AIS), a Delaware corporation,

    Defendants.

## MINUTE ORDER

**Entered by Judge Philip A. Brimmer**

    This matter is before the Court on defendant Auto Injury Solutions, Inc.'s Motion to Dismiss [Docket No. 8]. On September 24, 2012, plaintiff filed an Amended Complaint [Docket No. 39]. Thus, the Amended Complaint became the operative pleading in this action, and the Motion to Dismiss [Docket No. 8] is directed to an inoperative, superseded pleading. *See, e.g., Gilles v. United States*, 906 F.2d 1386, 1389 (10th Cir. 1990) ("a pleading that has been amended under Rule 15(a) supersedes the pleading it modifies") (internal quotation marks omitted). As such, the motion to dismiss is moot. It is

    ORDERED that defendant Auto Injury Solutions, Inc.'s Motion to Dismiss [Docket No. 8] is DENIED as moot.

    DATED September 24, 2012.