IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  12-cv-02016-PAB-MJW

LYNDSEY PARKS, representative on a class of persons insured with USAA,

Plaintiff(s),

v.

USAA and AUTO INJURY SOLUTIONS (AIS),
a Delaware corporation licensed to do business in Colorado,

Defendant(s).

### MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Plaintiff's Unopposed Motion to Amend Complaint to Include Inadvertently Omitted Exhibit (Docket No. 60) is granted.  It is thus further

ORDERED that the plaintiff shall forthwith file an Amended Complaint which includes the inadvertently omitted exhibit.

Date: October 23, 2012