IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  12-cv-02016-PAB-MJW

LYNDSEY PARKS, representative on a class of persons insured with USAA,

Plaintiff(s),

v.

USAA and AUTO INJURY SOLUTIONS (AIS),
a Delaware corporation licensed to do business in Colorado,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Defendants' Motion for Entry of a Protective Order (docket no. 67) is GRANTED finding good cause shown.  Discovery in this case will require the production of confidential information, including medical records and proprietary business information.  The written Protective Order (docket no. 67-1) is APPROVED as amended in paragraphs IV A., IX C.a., and XII and made an Order of Court.

Date: December 4, 2012